UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN MILLET | CIVIL ACTION |
| VERSUS | NO: 18-7539 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "A" (2) |

## ORDER

The Court, after reviewing the 40 page thorough and excellent Report and Recommendation of United States Judge Joseph Wilkinson, appreciates the high level of attention to detail. As explained in Judge Wilkinson's Report and Recommendation, at the May 9, 2017 hearing, the Administrative Law Judge did not examine specific records that Millet claims he submitted. (Rec. Doc. 20, p. 11, Magistrate Judge's Report and Recommendations). These records include: (1) test results from Performance Medical, Inc., (2) results from a nerve conduction test that was performed by Dr. Todd at Advanced Pain Management, and (3) records from Ostrick and Moncada Vision Care which detail Millet's glaucoma and cataracts. *Id.* Thus, for the record to be complete, the Court remands this matter to the Commissioner. On remand, the Administrative Law Judge shall reconsider this matter after reviewing the above mentioned documents.

Accordingly;

**IT IS ORDERED** that this matter be **REMANDED** to the Commissioner as detailed above.

November 20, 2019

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE